# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTINO ROBINSON, | CASE NO. 06cv0338-LAB (JMA) |
| Plaintiff, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| vs. | |
| IMMIGRATION, AVALOS ASTARA, R. FLORES, MIKE CASTANEDA, | |
| Defendants. | |

By Order To Show Cause ("OSC") entered May 8, 2007, the court instructed *pro se* plaintiff Faustino Robinson ("Robinson") to serve and file a Declaration showing good cause why this case should not be dismissed, *inter alia*, for failure to prosecute. As traced in the OSC, no activity has occurred in this case for over one year. The summons and complaint have not been served.

Robinson timely responded to the OSC with a single paragraph, not under oath, explaining he is mentally ill and has been very sick. Dkt No. 8. However, he offers no facts in support of his descriptions, nor any explanation to account for the extended period of time of purported inability to communicate with the court for that or any other reason. The court finds the filing does not adequately discharge the OSC. Only in the most general way does he allude to good cause for the delays in prosecuting his action, with no indication his infirmities will soon permit him to pursue his action.[1]

---

[1] Robinson also mailed two one-page handwritten letters directly to the undersigned District Judge. Pursuant to Civil Local Rule 83.9 prohibiting such *ex parte* communications, the court rejects that correspondence.

1       Accordingly, as anticipated in the OSC should the Declaration not be filed or prove inadequate,
2 **IT IS HEREBY ORDERED** the Clerk of Court shall dismiss this action in its entirety, but without
3 prejudice to Robinson's filing of a new action at some future time, although he must be mindful of
4 statutes of limitations and other potential procedural impediments to seeking relief in the future.
5       **IT IS SO ORDERED**.
6 DATED: June 1, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge