# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Faustino Robinson

              V.                                **JUDGMENT IN A CIVIL CASE**

Immigration and Naturalization Service, Avalos
Astara, R. Flores, Mike Castaneda

                                                CASE NUMBER:    06cv0338-LAB(JMA)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Clerk of Court shall dismiss this action in its entirety, but without prejudice to Robinson's filing a new action at some future time, although he must be mindful of statutes of limitations and other potential procedural impediments to seeking relief in the future................................................................................

 

| June 4, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/K. Johnson |
|  | (By) Deputy Clerk |
|  | ENTERED ON June 4, 2007 |

06cv0338-LAB(JMA)